IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BORIS ROZHENKO, | ) | 4:14CV3030 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGMENT |
| | ) | |
| C.C. CARRIERS, L.L.C., and ROGER W. DUPONT, | ) ) | |
| | ) | |
| Defendants. | ) ) | |

Pursuant to the parties' joint stipulation (filing 26), and Fed. R. Civ. P. 41(a),

IT IS ORDERED that this action is dismissed with prejudice, with each party to pay their own costs.

DATED this 27th day of August, 2015.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge